UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                              X
THE NEW YORK TIMES COMPANY,                   :

                        Plaintiff,            :

              v.                              :
                                                    **COMPLAINT**
U.S. DEPARTMENT OF STATE,                     :

                        Defendant.            :
_____X

Plaintiff THE NEW YORK TIMES COMPANY, by and through its undersigned attorneys, alleges as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"), to obtain an order for the production of agency records from the United States Department of State ("State Department") in response to a request properly made by Plaintiff.

## PARTIES

2. Plaintiff, The New York Times Company ("The Times"), publishes *The New York Times* newspaper and www.nytimes.com. The Times is headquartered in this judicial district at 620 Eighth Avenue, New York, New York, 10018.

3. Defendant, State Department, is a department of the federal government that has possession and control of the records that Plaintiff seeks.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

1

5.   Venue is premised on Plaintiff's place of business and is proper in this district under 5 U.S.C. § 552(a)(4)(B).

6.   FOIA requires that agencies respond to the Request within 20 business days. *See* 5 U.S.C. § 552(a)(6)(A).

7.   Defendant has failed to meet the statutory deadlines set by FOIA. *See* 5 U.S.C. § 552(a)(6)(A)-(B). Plaintiff is therefore deemed to have exhausted all administrative remedies, pursuant to 5 U.S.C. § 552(a)(6)(C).

## FACTS

1.   Tier 1 Group is an Arkansas-based security company that provides private military training.

2.   The State Department previously granted a license to Tier 1 Group for paramilitary training of the Saudi Royal Guard beginning in 2014. Tier 1 Group's training continued until at least 2017.[1]

3.   According to information provided by parent company Cerberus Capital Management to Congress, between 2014 and 2017, Tier 1 Group trained at least four members of the Saudi team that murdered journalist Jamal Khashoggi in October 2018.[2]

4.   On March 26, 2021, The Times submitted a FOIA Request (the "Request") to the State Department seeking:

   i.   A copy of all the ITAR licenses and other approvals by the State Department from 2012-2021 for a company called "Tier One Group," which is an Arkansas-based special operations training company.

---

[1] *See* Mark Mazzetti, Julian E. Barnes, Michael LaForgia, *Saudi Operatives Who Killed Khashoggi Received Paramilitary Training in U.S.*, N.Y. Times (June 22, 2021), https://nyti.ms/3hR7gO4.
[2] *Id.*

2

5. On June 16, 2021, the State Department responded by acknowledging receipt of the Request and by providing the reference number F-2021-07369.

6. The State Department has not communicated in any way with The Times about the Request since sending its acknowledgment letter on June 16, 2021.

## FIRST CAUSE OF ACTION

7. Plaintiff repeats, realleges, and reincorporates the allegations in the foregoing paragraphs as though fully set forth herein.

8. Defendant is a department of the federal government subject to FOIA and must therefore release in response to a FOIA request any disclosable records in its possession at the time of the request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

9. Defendant has failed to meet the statutory deadlines of twenty business days set by FOIA, 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

10. Defendant is permitted to withhold documents or parts of documents only if one of FOIA's enumerated exemptions apply.

11. No exemptions permit the withholding of the documents sought by the Request.

12. Accordingly, Plaintiff is entitled to an order compelling Defendant to produce records responsive to the Request.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

13. Declare that the documents sought by the Request, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

14. Order Defendant to undertake an adequate search for the requested records and provide those records to Plaintiff within 20 business days of the Court's order;

15. Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA; and

16. Grant Plaintiff such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 26, 2021

/s/ David E. McCraw
David E. McCraw
Dana R. Green
Al-Amyn Sumar
Alexandra Settelmayer
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-4634
E-mail: mccraw@nytimes.com

*Counsel for Plaintiff*