UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................... x
THE NEW YORK TIMES COMPANY,

          Plaintiff,

                                                    21-cv-06346 (KPF)

  v.

UNITED STATES DEPARTMENT OF STATE,
                                                 **ANSWER**

          Defendant.
............................................................... x

      Defendant United States Department of State ("State" or "Defendant") answers the Complaint, ECF No. 1, as follows:

      1.      Paragraph 1 of the Complaint contains Plaintiff's characterization of the nature of this action, to which no response is required, and a legal conclusion regarding their Freedom of Information Act ("FOIA") request, to which no response is required.

## PARTIES[1]

      2.      Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2 of the Complaint.

      3.      In response to the allegations of Paragraph 3 of the Complaint, Defendant admits that the Department of State is an agency of the federal government.  Defendant is without knowledge or information sufficient to admit or deny the allegations of the remainder of Paragraph 3.

## JURSIDICTION AND VENUE

      4.      Paragraph 4 of the Complaint contains Plaintiff's allegations concerning jurisdiction, to which no response is required.

---

[1] Defendant repeats the headings from Plaintiff's Complaint for ease of reference, without admission of the allegations contained therein.

5.  Paragraph 5 of the Complaint contains Plaintiff's allegations concerning venue, to which no response is required.

6.  Paragraph 6 of the Complaint contains legal conclusions, to which no response is required.

7.  Paragraph 7 of the Complaint contains legal conclusions, to which no response is required.

## FACTS

8.  Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 8 (numbered as paragraph Facts-1) of the Complaint.

9.  Paragraph 9 (numbered as paragraph Facts-2) of the Complaint is Plaintiff's characterization of a news article, to which no response is required.

10. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 10 (numbered as paragraph Facts-3) of the Complaint.

11. In response to the allegations of Paragraph 11 (numbered as paragraph Facts-4) of the Complaint, Defendant admits that Plaintiff submitted a FOIA request in March 2021 to the Department of State (the "Request").  Defendant respectfully refers the Court to the Request for a complete and accurate statement of its contents.

12. In response to the allegations of Paragraph 12 (numbered as paragraph Facts-5) of the Complaint, Defendant admits that State acknowledged receipt of the Request on June 16, 2021 and assigned the FOIA request reference number F-2021-07369.

13. In response to the allegations of Paragraph 13 (numbered as paragraph Facts-6) of the Complaint, Defendant admits that it has not communicated further with Plaintiff about the Request.

## FIRST CAUSE OF ACTION

14. In response to the allegation of Paragraph 14 (numbered as paragraph First Cause of Action-7) of the Complaint, Defendant repeats and incorporates by reference its responses to all foregoing paragraphs of the Complaint.

15. Paragraph 15 (numbered as paragraph First Cause of Action-8) of the Complaint asserts a legal conclusion, to which no response is required.

16. Defendant denies the allegations in paragraph 16 (numbered as paragraph First Cause of Action-9) of the Complaint, and avers that on June 16, 2017, State sent Plaintiff an acknowledgement of the Request. The remaining allegations of paragraph 16 state legal conclusions, to which no response is required. To the extent a response is required, Defendant denies these legal conclusions and respectfully refers the Court to 5 U.S.C. § 552(a)(6)(A)(i) for a complete and accurate statement of its contents

17. Paragraph 17 (numbered as paragraph First Cause of Action-10) of the Complaint contains legal conclusions, to which no response is required.

18. Paragraph 18 (numbered as paragraph First Cause of Action-11) of the Complaint contains legal conclusions, to which no response is required.

19. Defendant denies the allegations in Paragraph 19 (numbered as paragraph First Cause of Action-12) of the Complaint.

## REQUEST FOR RELIEF

The remainder of the Complaint contains a request for relief, to which no response is required. To the extent a response is required, Defendant denies the allegations contained in the remainder of the complaint and states that Plaintiff is not entitled to the relief requested or any other relief.

## **DEFENSES**

Defendant denies all allegations in the Complaint not expressly admitted or denied. For further and separate answer, Defendant alleges as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The requested documents are exempt from disclosure in whole or in part. *See* 5 U.S.C. §552(b).

### THIRD DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### FOURTH DEFENSE

Defendant has exercised due diligence and exceptional circumstances exist that necessitate additional time for Defendant to process the Request. *See* U.S.C. § 552 (a)(6)(C).

Defendant may have additional defenses that are not known at this time. Defendant reserves the right to assert each and every affirmative or other defense that may be available, including any defenses available pursuant to Rule 8 and 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant demands judgment dismissing the Complaint and granting such other and further relief as this Court deems just and proper, including costs and disbursements.

Dated: New York, New York
September 3, 2021

Respectfully submitted,

Audrey Strauss
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Dominika Tarczynska
Dominika Tarczynska
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2748
Fax: 212-637-2686
e-mail: dominika.tarczynska@usdoj.gov