

David McCraw
Senior Vice President &
Deputy General Counsel

212 556-4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

December 10, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *The New York Times Company v. United States Department of State*, No. 21-cv-06346-KPF

Dear Judge Failla:

I am counsel for plaintiff The New York Times Company ("The Times") in the above-captioned action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I submit this joint letter on behalf of all parties pursuant to the Court's December 3, 2021 Order (Dkt. No. 10). The parties have agreed that the action be withdrawn without prejudice. A stipulation and proposed order will be filed separately.

We thank the Court for its consideration of this submission.

Respectfully submitted,

/s/ David McCraw

David McCraw

cc: All counsel of record (via ECF)